UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMON SELLERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAJVIR KAUR, individually and dba A1 MARKET,<br><br>　　　　　Defendants, | No.  2:23-cv-0337 DJC DB PS<br><br><br>ORDER |

　　　　Defendant Rajvir Kaur is proceeding in this action pro se.  This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  On May 1, 2023, the undersigned issued an order setting this matter for a Status (Pretrial Scheduling) Conference on June 9, 2023.  (ECF No. 8.)  Pursuant to that order defendant Rajvir Kaur was to file a status report on or before June 2, 2023.  Defendant, however, has not filed a timely status report.

　　　　The failure of a party to comply with the Local Rules or any order of the court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."  Local Rule 110.  Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil Procedure, the Local Rules, and

////

1

all applicable law.  Local Rule 183(a).  Failure to comply with applicable rules and law may be grounds for dismissal or any other sanction appropriate under the Local Rules.  Id.

In light of defendant's pro se status, and in the interests of justice, the court will provide defendant with an opportunity to show good cause for defendant's conduct along with a final opportunity to comply with the court's order.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant show cause in writing within fourteen days of the date of this order for defendant's failure to file a timely status report;

2. The June 9, 2023 Status (Pretrial Scheduling) Conference is continued to **Friday, July 28, 2023, at 10:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned[1];

3. On or before **July 14, 2023**, defendant shall file a status report[2]; and

4. Defendant is cautioned that the failure to timely comply with this order may result in the imposition of an appropriate sanction.

DATED: June 6, 2023            /s/ DEBORAH BARNES
                               UNITED STATES MAGISTRATE JUDGE

---

[1] Parties shall appear at the Status Conference either telephonically or over video conference through the Zoom application (which is free and must be downloaded to your computer or mobile device prior to the hearing).  Parties proceeding in propria persona, on his or her own behalf, shall contact Shelly Her, the courtroom deputy of the undersigned magistrate judge at (916) 930-4128, no sooner than 4 days prior to the noticed or continued hearing date but no later than 48 hours prior to the hearing, to arrange their appearance either telephonically or over video conference.  Counsel will receive an email containing the necessary appearance information and must notify the courtroom deputy no later than 48 hours prior to the hearing to elect to appear either telephonically or over video conference.  The Zoom ID Number and password are confidential and are not to be given to anyone.  Persons granted remote access to these proceedings, whether by Zoom or by telephone, are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings.  Violation of these prohibitions may result in sanctions, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

[2] Plaintiff filed a status report on May 26, 2023.  (ECF No. 9.)  In the event defendant files a status report plaintiff may, but is not required to, file an updated status report on or before July 21, 2023.