UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMON SELLERS, | No. 2:23-cv-0337 DJC DB PS |
| Plaintiff, | |
| v. | ORDER |
| RAJVIR KAUR, individually and dba A1 MARKET, | |
| Defendants, | |

    Defendant Rajvir Kaur was proceeding in this action pro se. This matter was, therefore, referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On July 26, 2023, the undersigned issued findings and recommendations recommending that defendant's answer be stricken and the Clerk of the Court be directed to enter defendant's default due to defendant's failure to participate in this action. (ECF No. 11.) On August 9, 2023, counsel for defendant appeared and indicated an intent "to fully cooperate and participate in this litigation[.]" (ECF No. 12 at 2.) That same day, plaintiff filed a reply stating that plaintiff "wishes to amend his complaint" and would "further explore the possibility of settlement" with defendant's newly retained counsel. (ECF No. 13 at 1.)

    Because defendant is no longer proceeding pro se, Local Rule 302(c)(21) no longer applies and, accordingly, the case will be referred back to the assigned District Judge. Therefore,

all pretrial motions, other than discovery motions, should now be noticed for hearing before the District Judge assigned to this action. The assigned magistrate judge shall continue to perform all duties described in Local Rule 302(c)(1)-(20).

Accordingly, IT IS HEREBY ORDERED that:

1. The July 26, 2023 findings and recommendations (ECF No. 11) are vacated;

2. This matter is referred back to the District Judge assigned to this action pursuant to Local Rule 302(c)(21);

3. All dates pending before the undersigned are vacated; and

4. Henceforth the caption on documents filed in this action shall be No. 2:23-cv-0337 DJC DB with the "PS" designation being eliminated.

DATED: October 5, 2023         /s/ DEBORAH BARNES
                               UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/sellers0337.referback.ord