Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@moorelawfirm.com

Attorney for Plaintiff,
Raymon Sellers

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMON SELLERS, | Case No. 2:23-cv-00337-DJC-DB |
| Plaintiff, | **STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER** |
| vs. | |
| RAJVIR KAUR, individually and dba A1 MARKET, | |
| Defendants. | |

**WHEREAS**, Plaintiff, Raymon Sellers ("Plaintiff"), seeks to amend his complaint to allege additional access barriers which relate to his disability which were identified during the pendency of this action;

**WHEREAS**, the Ninth Circuit both urges and requires Plaintiff to identify in his complaint all barriers which relate to his disability (Chapman v. Pier 1 Imports (U.S.) Inc., 631 F.3d 939, 944 (9th Cir. 2011); Oliver v. Ralphs Grocery Co., 654 F.3d 903, 909 (9th Cir. 2011));

**WHEREAS,** Plaintiff has not unduly delayed the amendment, does not bring it in bad faith, the amendment is not futile, and such amendment does not prejudice the defendants, nor does the amendment in any way change the nature of the action; and

1     **WHEREAS**, this amendment would not alter any dates or deadlines set by the Court;

2     **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and

3 Defendant Rajvir Kaur, individually and dba A1 Market, the parties to this Action, through their

4 respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of

5 which is attached hereto as Exhibit "A" with redlines showing the changes from the original

6 Complaint.

7     **IT IS FURTHER STIPULATED** that Plaintiff shall file his First Amended Complaint

8 within five (5) calendar days of the Court's Order permitting such filing, and that Defendant's

9 response thereto shall be due as required by the Federal Rules of Civil Procedure.

10     **IT IS SO STIPULATED.**

11 Dated: October 19, 2023      MOORE LAW FIRM, P.C.

12      _/s/ Tanya E. Moore_
13      Tanya E. Moore
     Attorney for Plaintiff,
14      Raymon Sellers

16 Dated: October 25, 2023      LEWIS BRISBOIS BISGAARD & SMITH LLP

17      _/s/ Grace E. Mehta_
     Shane Singh
18      Grace E. Mehta
19      Attorneys for Defendant,
     Rajvir Kaur, individually and dba A1 Market

**ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff may file his First Amended Complaint, a redlined copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendant's response thereto shall be filed within the time required by the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: October 30, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE