Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
334 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff,
Raymon Sellers

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMON SELLERS,<br><br>    Plaintiff,<br><br>    vs.<br><br>RAJVIR KAUR, individually and dba A1 MARKET;<br><br>    Defendant. | No. 2:23-cv-0337 DB<br><br>**STIPULATION FOR DISMISSAL AND ORDER** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Raymon Sellers ("Plaintiff") and Defendant, Rajvir Kaur, individually and dba A1 Market ("Defendant," and together with Plaintiff, "the Parties"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(2), this action be dismissed with prejudice.

**IT IS FURTHER STIPULATED** by the Parties that the Court shall expressly retain jurisdiction over this matter for the limited purpose of adjudicating any subsequent motion Plaintiff may bring to recover his attorneys' fees and costs ("Fees Motion"). Any Fees Motion shall be filed within 45 days of the date the Court issues its Order on this stipulation.

**IT IS SO STIPULATED.**

Dated: May 13, 2024                    MOORE LAW FIRM, P.C.

                                       */s/ Tanya E. Moore*
                                       Tanya E. Moore
                                       Attorney for Plaintiff,
                                       Raymon Sellers

Dated: May 15, 2024                    LEWIS BRISBOIS BISGAARD & SMITH LLP

                                       */s/ Grace E. Mehta*
                                       Shane Singh
                                       Grace E. Mehta
                                       Attorneys for Defendant,
                                       Rajvir Kaur, individually and dba A1 Market

**ORDER**

Pursuant to the parties' stipulation, **IT IS HEREBY ORDERED** as follows:

1. By consent of the Parties, the Court shall retain jurisdiction in this matter for the limited purpose of adjudicating any motion by Plaintiff to recover his attorneys' fees and costs ("Fees Motion").

2. Plaintiff shall file any Fees Motion within 45 days of the date of this Order.

3. Except as provided for in paragraph 1 above, this action is dismissed with prejudice and is closed.

DATED:  May 16, 2024,               /s/ DEBORAH BARNES
                                    UNITED STATES MAGISTRATE JUDGE