# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMON SELLERS, | No. 2:23-cv-00337-SCR |
| Plaintiff, | **[PROPOSED]** ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER |
| vs. | |
| RAJVIR KAUR, individually and dba A1 MARKET; | |
| Defendants. | |

Having considered the request of Plaintiff Raymon Sellers, and good cause appearing, Plaintiff's request (ECF No. 40) is GRANTED, and IT IS ORDERED that Direct Legal, a Process Server who is at least 18 years of age, of suitable discretion and not a party to the within action, is authorized and appointed to serve the writs in this action. The U.S. Marshals Office will remain the levying officer.

IT IS SO ORDERED.

Dated: March 3, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE